**CITADEL**

Citadel Federal Credit Union
520 Eagleview Boulevard
Exton, PA 19341

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/18/2024 |
| Period End Date | 05/31/2024 |
| Pay Date | 06/06/2024 |
| Document | 428573 |
| **Net Pay** | **$3,370.68** |

## Pay Details

**Saeed Franklin**
101 Brinton Drive
Coatesville, PA 19320
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 010249 | | Pay Group | Citadel Employees |
| SSN | XXX-XX- | | Location | E Fallowfield TWP |
| Job | Sr. Financial Analyst - P | | Division | OPS - Operations |
| Pay Rate | $62.91 | | Department | 120 - Finance |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carryover PTO | 0.000000 | $0.00 | $0.00 | $2,487.25 |
| Group Term Life | | | $14.68 | $173.71 |
| Holiday | 8.000000 | $0.00 | $503.32 | $1,480.62 |
| Planned PTO | 0.000000 | $0.00 | $0.00 | $5,966.48 |
| Regular Pay | 72.000000 | $0.00 | $4,529.84 | $49,730.40 |
| Sales Incentive | 0.000000 | $0.00 | $0.00 | $8,893.50 |
| Vacation Paid O | 0.000000 | $0.00 | $0.00 | $2,443.27 |

Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $219.22 | $2,630.64 | $0.00 | $0.00 |
| Group Term Life | No | $14.68 | $173.71 | $0.00 | $0.00 |
| RELLF | No | $14.55 | $174.60 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $832.19 | $9,889.75 |
| Employee Medicare | $73.19 | $1,032.04 |
| Social Security Employee Tax | $312.96 | $4,412.86 |
| PA State Income Tax | $154.52 | $2,179.77 |
| E FALLOWFIELD | $50.33 | $710.03 |
| E FALLOWFIELD TWP | $1.81 | $21.72 |
| COATESVILLE SD | $0.19 | $2.28 |
| PA Unemployment Employee | $3.52 | $49.68 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1576 | Checking | $3,370.68 |
| Total | | $3,370.68 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,047.84 | $5,047.84 | $1,428.71 | $248.45 | **$3,370.68** |
| YTD | $71,175.23 | $71,175.23 | $18,298.13 | $2,978.95 | $49,898.15 |

**CITADEL**

Citadel Federal Credit Union
520 Eagleview Boulevard
Exton, PA 19341

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/01/2024 |
| Period End Date | 06/14/2024 |
| Pay Date | 06/20/2024 |
| Document | 429124 |
| Net Pay | $3,370.66 |

## Pay Details

**Saeed Franklin**
101 Brinton Drive
Coatesville, PA 19320
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 010249 | Pay Group | Citadel Employees | |
| SSN | XXX-XX-  | Location | E Fallowfield TWP | |
| Job | Sr. Financial Analyst - P | Division | OPS - Operations | |
| Pay Rate | $62.91 | Department | 120 - Finance | |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carryover PTO | 0.000000 | $0.00 | $0.00 | $2,487.25 |
| Group Term Life | | | $14.68 | $188.39 |
| Holiday | 0.000000 | $0.00 | $0.00 | $1,480.62 |
| Planned PTO | 0.000000 | $0.00 | $0.00 | $5,966.48 |
| Regular Pay | 80.000000 | $0.00 | $5,033.15 | $54,763.55 |
| Sales Incentive | 0.000000 | $0.00 | $0.00 | $8,893.50 |
| Vacation Paid O | 0.000000 | $0.00 | $0.00 | $2,443.27 |

Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $219.22 | $2,849.86 | $0.00 | $0.00 |
| Group Term Life | No | $14.68 | $188.39 | $0.00 | $0.00 |
| RELLF | No | $14.55 | $189.15 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $832.19 | $10,721.94 |
| Employee Medicare | $73.19 | $1,105.23 |
| Social Security Employee Tax | $312.97 | $4,725.83 |
| PA State Income Tax | $154.52 | $2,334.29 |
| E FALLOWFIELD | $50.33 | $760.36 |
| E FALLOWFIELD TWP | $1.81 | $23.53 |
| COATESVILLE SD | $0.19 | $2.47 |
| PA Unemployment Employee | $3.52 | $53.20 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1576 | Checking | $3,370.66 |
| Total | | $3,370.66 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,047.83 | $5,047.83 | $1,428.72 | $248.45 | **$3,370.66** |
| YTD | $76,223.06 | $76,223.06 | $19,726.85 | $3,227.40 | $53,268.81 |

# Citadel

**Citadel Federal Credit Union**
520 Eagleview Boulevard
Exton, PA 19341

**Pay Statement**
Period Start Date 06/15/2024
Period End Date 06/28/2024
Pay Date 07/03/2024
Document 429681

**Net Pay** $3,370.66

## Pay Details

**Saeed Franklin**
101 Brinton Drive
Coatesville, PA 19320
USA

| | |
|---|---|
| Employee Number | 010249 |
| SSN | XXX-XX-■■■■ |
| Job | Sr. Financial Analyst - P |
| Pay Rate | $62.91 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Citadel Employees |
| Location | E Fallowfield TWP |
| Division | OPS - Operations |
| Department | 120 - Finance |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carryover PTO | 0.000000 | $0.00 | $0.00 | $2,487.25 |
| Group Term Life | | | $14.68 | $203.07 |
| Holiday | 8.000000 | $0.00 | $503.32 | $1,983.94 |
| Planned PTO | 0.000000 | $0.00 | $0.00 | $5,966.48 |
| Regular Pay | 72.000000 | $0.00 | $4,529.84 | $59,293.39 |
| Sales Incentive | 0.000000 | $0.00 | $0.00 | $8,893.50 |
| Vacation Paid O | 0.000000 | $0.00 | $0.00 | $2,443.27 |

Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $219.22 | $3,069.08 | $0.00 | $0.00 |
| Group Term Life | No | $14.68 | $203.07 | $0.00 | $0.00 |
| RELLF | No | $14.55 | $203.70 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $832.19 | $11,554.13 |
| Employee Medicare | $73.20 | $1,178.43 |
| Social Security Employee Tax | $312.97 | $5,038.80 |
| PA State Income Tax | $154.52 | $2,488.81 |
| E FALLOWFIELD | $50.33 | $810.69 |
| E FALLOWFIELD TWP | $1.81 | $25.34 |
| COATESVILLE SD | $0.19 | $2.66 |
| PA Unemployment Employee | $3.52 | $56.72 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1576 | Checking | $3,370.66 |
| Total | | $3,370.66 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,047.84 | $5,047.84 | $1,428.73 | $248.45 | $3,370.66 |
| YTD | $81,270.90 | $81,270.90 | $21,155.58 | $3,475.85 | $56,639.47 |

**CITADEL**

Citadel Federal Credit Union
520 Eagleview Boulevard
Exton, PA 19341

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/29/2024 |
| Period End Date | 07/12/2024 |
| Pay Date | 07/18/2024 |
| Document | 430241 |
| **Net Pay** | **$3,370.68** |

## Pay Details

Saeed Franklin
101 Brinton Drive
Coatesville, PA 19320
USA

| | |
|---|---|
| Employee Number | 010249 |
| SSN | XXX-X____ |
| Job | Sr. Financial Analyst - P |
| Pay Rate | $62.91 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Citadel Employees |
| Location | E Fallowfield TWP |
| Division | OPS - Operations |
| Department | 120 - Finance |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carryover PTO | 0.000000 | $0.00 | $0.00 | $2,487.25 |
| Group Term Life | | | $14.68 | $217.75 |
| Holiday | 8.000000 | $0.00 | $503.32 | $2,487.26 |
| Planned PTO | 8.000000 | $0.00 | $503.32 | $6,469.80 |
| Regular Pay | 64.000000 | $0.00 | $4,026.52 | $63,319.91 |
| Sales Incentive | 0.000000 | $0.00 | $0.00 | $8,893.50 |
| Vacation Paid O | 0.000000 | $0.00 | $0.00 | $2,443.27 |

Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $219.22 | $3,288.30 | $0.00 | $0.00 |
| Group Term Life | No | $14.68 | $217.75 | $0.00 | $0.00 |
| RELLF | No | $14.55 | $218.25 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $832.19 | $12,386.32 |
| Employee Medicare | $73.19 | $1,251.62 |
| Social Security Employee Tax | $312.96 | $5,351.76 |
| PA State Income Tax | $154.52 | $2,643.33 |
| E FALLOWFIELD | $50.33 | $861.02 |
| E FALLOWFIELD TWP | $1.81 | $27.15 |
| COATESVILLE SD | $0.19 | $2.85 |
| PA Unemployment Employee | $3.52 | $60.24 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1576 | Checking | $3,370.68 |
| Total | | $3,370.68 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,047.84 | $5,047.84 | $1,428.71 | $248.45 | **$3,370.68** |
| YTD | $86,318.74 | $86,318.74 | $22,584.29 | $3,724.30 | $60,010.15 |

**CITADEL**

Citadel Federal Credit Union
520 Eagleview Boulevard
Exton, PA 19341

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/13/2024 |
| Period End Date | 07/26/2024 |
| Pay Date | 08/01/2024 |
| Document | 430801 |
| Net Pay | **$3,370.66** |

## Pay Details

**Saeed Franklin**
101 Brinton Drive
Coatesville, PA 19320
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 010249 | | Pay Group | Citadel Employees |
| SSN | XXX-XX-____ | | Location | E Fallowfield TWP |
| Job | Sr. Financial Analyst - P | | Division | OPS - Operations |
| Pay Rate | $62.91 | | Department | 120 - Finance |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carryover PTO | 0.000000 | $0.00 | $0.00 | $2,487.25 |
| Group Term Life | | | $14.68 | $232.43 |
| Holiday | 0.000000 | $0.00 | $0.00 | $2,487.26 |
| Planned PTO | 24.000000 | $0.00 | $1,509.95 | $7,979.75 |
| Regular Pay | 56.000000 | $0.00 | $3,523.21 | $66,843.12 |
| Sales Incentive | 0.000000 | $0.00 | $0.00 | $8,893.50 |
| Vacation Paid O | 0.000000 | $0.00 | $0.00 | $2,443.27 |

Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $219.22 | $3,507.52 | $0.00 | $0.00 |
| Group Term Life | No | $14.68 | $232.43 | $0.00 | $0.00 |
| RELLF | No | $14.55 | $232.80 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $832.19 | $13,218.51 |
| Employee Medicare | $73.20 | $1,324.82 |
| Social Security Employee Tax | $312.97 | $5,664.73 |
| PA State Income Tax | $154.52 | $2,797.85 |
| E FALLOWFIELD | $50.33 | $911.35 |
| E FALLOWFIELD TWP | $1.81 | $28.96 |
| COATESVILLE SD | $0.19 | $3.04 |
| PA Unemployment Employee | $3.52 | $63.76 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1576 | Checking | $3,370.66 |
| Total | | $3,370.66 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $5,047.84 | $5,047.84 | $1,428.73 | $248.45 | **$3,370.66** |
| YTD | $91,366.58 | $91,366.58 | $24,013.02 | $3,972.75 | $63,380.81 |

**SEI** New ways New answers.

| | |
|---|---|
| Employee Name: | Don Ji... Fr...kli... |
| Employee #: | 5646 |
| Employee Address: | 101 Brinton Dr<br>East Fallowfield, PA 19320 |
| Department: | 86010 Institutional US Solutions |
| Job Title: | Operations Supervisor I |

| | |
|---|---|
| Pay Date: | 6/14/2024 |
| Pay Period: | 6/3/2024 - 6/16/2024 |
| Time Collection: | 5/20/2024 - 6/2/2024 |
| Deposit Advice #: | 783047333 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $4,623.08 |
| Federal Filing Status: | Married |
| Federal Exemptions: | 0/$20.00 |
| Local Exemptions: | 0 (Upper Providence) |
| State Filing Status: | Married (PA) |
| State Exemptions: | 0/$0.00 |

| | |
|---|---|
| Employer Name: | SEI Investments |
| Employer Phone: | 610-676-1000 |
| Employer Address: | One Freedom Valley Drive<br>Oaks, PA 19456 |

| | Current 6/3/2024 - 6/16/2024 | | | YTD As of 6/16/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $4,627.49 | 960.00 | $73,529.88 |
| REGULAR | 80.00 | 57.7885 | $4,623.08 | 960.00 | $55,476.96 |
| INCENTIVE COMP | | | | | $18,000.00 |
| PA TAXABLE ESPP | | | $4.41 | | $52.92 |
| **Taxable Benefits** | | | $22.40 | | $268.80 |
| GROUP TERM LIFE | | | $22.40 | | $268.80 |
| **Memo Information** | | | $5,367.98 | | $82,595.76 |
| 401K ER MATCH | | | $46.23 | | $734.76 |
| HEALTH CARE BENEFIT | | | $698.67 | | $8,384.04 |
| 401K ELIGIBLE EARNINGS | | | $4,623.08 | | $73,476.96 |
| **Pre-Tax Deductions** | | | $337.95 | | $4,235.40 |
| 401K | | | $46.23 | | $734.76 |
| DENTAL PRETAX | | | $10.00 | | $120.00 |
| MEDICAL PRETAX | | | $160.00 | | $1,920.00 |
| FLEX HEALTH | | | $117.31 | | $1,407.72 |
| 15% DISCOUNT FOR ESPP - OUT | | | $4.41 | | $52.92 |
| **Taxes** | | | $965.46 | | $17,628.12 |
| Fed W/H | | | $450.17 | | $9,322.44 |
| FICA EE | | | $270.21 | | $4,358.48 |
| Fed MWT EE | | | $63.19 | | $1,019.32 |
| PA W/H | | | $133.25 | | $2,151.60 |
| PA UT EE | | | $3.24 | | $51.48 |
| UpProvTwpW/H-M | | | $43.40 | | $700.80 |
| UpProvTwpLST-M | | | $2.00 | | $24.00 |
| **Post-Tax Deductions** | | | $356.41 | | $4,255.36 |
| SUPP LIFE CHILD | | | $0.57 | | $6.84 |
| SUPP LIFE | | | $5.28 | | $52.84 |
| SUPP LIFE SPOUSE | | | $5.50 | | $55.00 |
| 401K LOAN | | | $320.06 | | $3,840.72 |
| US STOCK PURCHASE | | | $25.00 | | $300.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,967.67 | | $47,411.00 |
| Direct Deposit | 073923033 | XXX3453 | $110.00 | | |
| Direct Deposit | 036076150 | XXXXXX1576 | $2,857.67 | | |

**Other Payroll Information**

| | |
|---|---|
| YTD 401K Eligible Earnings | $73,476.96 |

**Accruals & Balances**

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 288.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |



**SEI** New ways. New answers.

| | | |
|---|---|---|
| Employee Name: | Don Ji Franklin | |
| Employee #: | 5646 | |
| Employee Address: | 101 Brinton Dr<br>East Fallowfield, PA 19320 | |
| Department: | 86010 Institutional US Solutions | |
| Job Title: | Operations Supervisor I | |

| | |
|---|---|
| Employer Name: | SEI Investments |
| Employer Phone: | 610-676-1000 |
| Employer Address: | One Freedom Valley Drive<br>Oaks, PA 19456 |

| | |
|---|---|
| Pay Date: | 6/28/2024 |
| Pay Period: | 6/17/2024 - 6/30/2024 |
| Time Collection: | 6/3/2024 - 6/16/2024 |
| Deposit Advice #: | 789253950 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $4,623.08 |
| Federal Filing Status: | Married |
| Federal Exemptions: | 0/$20.00 |
| Local Exemptions: | 0 (Upper Providence) |
| State Filing Status: | Married (PA) |
| State Exemptions: | 0/$0.00 (PA) |

| | Current 6/17/2024 - 6/30/2024 | | | YTD As of 6/30/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $4,627.49 | 1,040.00 | $78,157.37 |
| REGULAR | 80.00 | 57.7885 | $4,623.08 | 1,040.00 | $60,100.04 |
| INCENTIVE COMP | | | | | $18,000.00 |
| PA TAXABLE ESPP | | | $4.41 | | $57.33 |
| **Taxable Benefits** | | | $22.40 | | $291.20 |
| GROUP TERM LIFE | | | $22.40 | | $291.20 |
| **Memo Information** | | | $5,367.98 | | $87,963.74 |
| 401K ER MATCH | | | $46.23 | | $780.99 |
| HEALTH CARE BENEFIT | | | $698.67 | | $9,082.71 |
| 401K ELIGIBLE EARNINGS | | | $4,623.08 | | $78,100.04 |
| **Pre-Tax Deductions** | | | $337.95 | | $4,573.35 |
| 401K | | | $46.23 | | $780.99 |
| DENTAL PRETAX | | | $10.00 | | $130.00 |
| MEDICAL PRETAX | | | $160.00 | | $2,080.00 |
| FLEX HEALTH | | | $117.31 | | $1,525.03 |
| 15% DISCOUNT FOR ESPP - OUT | | | $4.41 | | $57.33 |
| **Taxes** | | | $965.46 | | $18,593.58 |
| Fed W/H | | | $450.17 | | $9,772.61 |
| FICA EE | | | $270.21 | | $4,628.69 |
| Fed MWT EE | | | $63.20 | | $1,082.52 |
| PA W/H | | | $133.25 | | $2,284.85 |
| PA UT EE | | | $3.23 | | $54.71 |
| UpProvTwpW/H-M | | | $43.40 | | $744.20 |
| UpProvTwpLST-M | | | $2.00 | | $26.00 |
| **Post-Tax Deductions** | | | $356.41 | | $4,611.77 |
| SUPP LIFE CHILD | | | $0.57 | | $7.41 |
| SUPP LIFE | | | $5.28 | | $58.08 |
| SUPP LIFE SPOUSE | | | $5.50 | | $60.50 |
| 401K LOAN | | | $320.06 | | $4,160.78 |
| US STOCK PURCHASE | | | $25.00 | | $325.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,967.67 | | $50,378.67 |
| Direct Deposit | 073923033 | XXX3453 | $110.00 | | |
| Direct Deposit | 036076150 | XXXXXX1576 | $2,857.67 | | |

**Other Payroll Information**

| | |
|---|---|
| YTD 401K Eligible Earnings | $78,100.04 |

**Accruals & Balances**

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 288.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |



**SEI** New ways. New answers.

| | | |
|---|---|---|
| Employee Name: | Don Ji... | |
| Employee #: | 5646 | |
| Employee Address: | 101 Brinton Dr<br>East Fallowfield, PA 19320 | |
| Department: | 86010 Institutional US Solutions | |
| Job Title: | Operations Supervisor I | |

| | |
|---|---|
| Pay Date: | 7/12/2024 |
| Pay Period: | 7/1/2024 - 7/14/2024 |
| Time Collection: | 6/17/2024 - 6/30/2024 |
| Deposit Advice #: | 796621498 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | $4,623.08 |
| Federal Filing Status: | Married |
| Federal Exemptions: | 0/$20.00 |
| Local Exemptions: | 0 (Upper Providence) |
| State Filing Status: | Married (PA) |
| State Exemptions: | 0/$0.00 (PA) |

| | |
|---|---|
| Employer Name: | SEI Investments |
| Employer Phone: | 610-676-1000 |
| Employer Address: | One Freedom Valley Drive<br>Oaks, PA 19456 |

| | Current 7/1/2024 - 7/14/2024 | | | YTD As of 7/14/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $4,627.49 | 1,120.00 | $82,784.86 |
| REGULAR | 80.00 | 57.7885 | $4,623.08 | 1,120.00 | $64,723.12 |
| INCENTIVE COMP | | | | | $18,000.00 |
| PA TAXABLE ESPP | | | $4.41 | | $61.74 |
| **Taxable Benefits** | | | $22.40 | | $313.60 |
| GROUP TERM LIFE | | | $22.40 | | $313.60 |
| **Memo Information** | | | $5,367.98 | | $93,331.72 |
| 401K ER MATCH | | | $46.23 | | $827.22 |
| HEALTH CARE BENEFIT | | | $698.67 | | $9,781.38 |
| 401K ELIGIBLE EARNINGS | | | $4,623.08 | | $82,723.12 |
| **Pre-Tax Deductions** | | | $337.95 | | $4,911.30 |
| 401K | | | $46.23 | | $827.22 |
| DENTAL PRETAX | | | $10.00 | | $140.00 |
| MEDICAL PRETAX | | | $160.00 | | $2,240.00 |
| FLEX HEALTH | | | $117.31 | | $1,642.34 |
| 15% DISCOUNT FOR ESPP - OUT | | | $4.41 | | $61.74 |
| **Taxes** | | | $965.45 | | $19,559.03 |
| Fed W/H | | | $450.17 | | $10,222.78 |
| FICA EE | | | $270.20 | | $4,898.89 |
| Fed MWT EE | | | $63.19 | | $1,145.71 |
| PA W/H | | | $133.25 | | $2,418.10 |
| PA UT EE | | | $3.24 | | $57.95 |
| UpProvTwpW/H-M | | | $43.40 | | $787.60 |
| UpProvTwpLST-M | | | $2.00 | | $28.00 |
| **Post-Tax Deductions** | | | $356.41 | | $4,968.18 |
| SUPP LIFE CHILD | | | $0.57 | | $7.98 |
| SUPP LIFE | | | $5.28 | | $63.36 |
| SUPP LIFE SPOUSE | | | $5.50 | | $66.00 |
| 401K LOAN | | | $320.06 | | $4,480.84 |
| US STOCK PURCHASE | | | $25.00 | | $350.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,967.68 | | $53,346.35 |
| Direct Deposit | 231380104 | XX3972 | $110.00 | | |
| Direct Deposit | 036076150 | XXXXXX1576 | $2,857.68 | | |

| Other Payroll Information | |
|---|---|
| YTD 401K Eligible Earnings | $82,723.12 |

| Accruals & Balances | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 288.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |



**SEI** New ways New answers.

| | | | | | |
|---|---|---|---|---|---|
| Employee Name: | Don Ji… | | Pay Date: | | 7/26/2024 |
| Employee #: | 5646 | | Pay Period: | | 7/15/2024 - 7/28/2024 |
| Employee Address: | 101 Brinton Dr<br>East Fallowfield, PA 19320 | | Time Collection:<br>Deposit Advice #: | | 7/1/2024 - 7/14/2024<br>802957144 |
| Department: | 86010 Institutional US Solutions | | Pay Frequency: | | Bi-Weekly |
| Job Title: | Operations Supervisor I | | Pay Rate: | | $4,623.08 |
| | | | Federal Filing Status: | | Married |
| Employer Name: | SEI Investments | | Federal Exemptions: | | 0/$20.00 |
| Employer Phone: | 610-676-1000 | | Local Exemptions: | | 0 (Upper Providence) |
| Employer Address: | One Freedom Valley Drive<br>Oaks, PA 19456 | | State Filing Status:<br>State Exemptions: | | Married (PA)<br>0/$0.00 (PA) |

| | Current 7/15/2024 - 7/28/2024 | | | YTD As of 7/28/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $4,627.49 | 1,200.00 | $87,412.35 |
| REGULAR | 80.00 | 57.7885 | $4,623.08 | 1,200.00 | $69,346.20 |
| INCENTIVE COMP | | | | | $18,000.00 |
| PA TAXABLE ESPP | | | $4.41 | | $66.15 |
| **Taxable Benefits** | | | $22.40 | | $336.00 |
| GROUP TERM LIFE | | | $22.40 | | $336.00 |
| **Memo Information** | | | $5,367.98 | | $98,699.70 |
| 401K ER MATCH | | | $46.23 | | $873.45 |
| HEALTH CARE BENEFIT | | | $698.67 | | $10,480.05 |
| 401K ELIGIBLE EARNINGS | | | $4,623.08 | | $87,346.20 |
| **Pre-Tax Deductions** | | | $337.95 | | $5,249.25 |
| 401K | | | $46.23 | | $873.45 |
| DENTAL PRETAX | | | $10.00 | | $150.00 |
| MEDICAL PRETAX | | | $160.00 | | $2,400.00 |
| FLEX HEALTH | | | $117.31 | | $1,759.65 |
| 15% DISCOUNT FOR ESPP - OUT | | | $4.41 | | $66.15 |
| **Taxes** | | | $965.46 | | $20,524.49 |
| Fed W/H | | | $450.17 | | $10,672.95 |
| FICA EE | | | $270.21 | | $5,169.10 |
| Fed MWT EE | | | $63.19 | | $1,208.90 |
| PA W/H | | | $133.25 | | $2,551.35 |
| PA UT EE | | | $3.24 | | $61.19 |
| UpProvTwpW/H-M | | | $43.40 | | $831.00 |
| UpProvTwpLST-M | | | $2.00 | | $30.00 |
| **Post-Tax Deductions** | | | $356.41 | | $5,324.59 |
| SUPP LIFE CHILD | | | $0.57 | | $8.55 |
| SUPP LIFE | | | $5.28 | | $68.64 |
| SUPP LIFE SPOUSE | | | $5.50 | | $71.50 |
| 401K LOAN | | | $320.06 | | $4,800.90 |
| US STOCK PURCHASE | | | $25.00 | | $375.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,967.67 | | $56,314.02 |
| Direct Deposit | 231380104 | XX3972 | $110.00 | | |
| Direct Deposit | 036076150 | XXXXXX1576 | $2,857.67 | | |

**Other Payroll Information**

| | |
|---|---|
| YTD 401K Eligible Earnings | $87,346.20 |

**Accruals & Balances**

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 288.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |

